UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROSALIA CEDRA CERNA, | Case No.:  26-cv-147-JO-JLB |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]; DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 2]** |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Petitioner Rosalia Cedra Cerna filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order ("TRO") [Dkt. 2].  The Court held oral argument on January 20, 2026.  For the reasons stated on the record, the Court ORDERS as follows:

(1) **Habeas Petition and TRO**: The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the second and third claims for relief, brought under *Zadvydas* and the Fifth Amendment Due Process Clause.  The Court DENIES Petitioner's motion for TRO [Dkt. 2] as moot.

(2) **Release:** Respondents are ORDERED to release Petitioner by 5 p.m. on January 21, 2026 under the same conditions set forth in her most recent order of supervision.  Respondents must file a declaration confirming Petitioner's release by 5 p.m. on January 22, 2026.

(3) **Limitations on Removal and Redetention**: Respondents are ENJOINED from removing Petitioner from the United States or from this District, or from redetaining her, unless Petitioner (1) has violated or violates a condition of her release, at which time the government may redetain her after complying with its regulatory requirements, or (2) the government has identified a third country willing to accept Petitioner and has made concrete arrangements for her flight to the identified third country in the reasonably foreseeable future. Respondents must file a written declaration with this Court **at least 48 hours prior to any redetention,** confirming that they have satisfied all requirements listed above.

(4) **Restrictions on Removal to a Third Country**: Respondents are ENJOINED from removing Petitioner to any country not designated on her order of removal (*i.e.*, a "third country") unless they comply with all of the following procedures:

    a. Respondents must provide Petitioner with written notice identifying the intended country of removal in a language Petitioner understands and affirmatively ask whether she fears removal to the country identified in the notice;

    b. If Petitioner expresses fear of removal to the identified third country, Respondents must provide a reasonable fear interview **at least 10 days after** issuing the notice, to allow her sufficient time to prepare for the interview;

    c. If Respondents determine that Petitioner does have a reasonable fear of removal to the third country, they must move to reopen her removal proceedings to permit her to apply for protection from removal to that third country, including withholding of removal under 8 U.S.C. § 1231(b)(3) and protection under the Convention Against Torture;

    d. If Respondents determine that Petitioner does not have a reasonable fear of removal to the third country, they must provide her a reasonable

26-cv-147-JO-JLB

period of time to file a motion to reopen with the immigration court or the Board of Immigration Appeals; **and**

e. Respondents must file a declaration with this Court confirming that they have complied with all the procedures listed above **at least 7 days prior** to removing Petitioner to any third country in order to provide her an opportunity to challenge any further unlawful detention.

**IT IS SO ORDERED.**

Date: January 20, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-147-JO-JLB